In The Lee County Circuit Court Of The State Of Mississippi

CHRIS COSNER .................... Plaintiff

Vs. ........................ Civil Action File No# CV10-001

Lee County Sheriff Department .................... Defendant

## Complaint Challenging Conditions Of Confinement

COMES NOW the plaintiff in the Lee County Circuit Court and respectifully submits this Complaint Challenging his Conditions of Confinement against the Lee County Sheriff Department as a Civil Lawsuit.

### I.

That the plaintiff Claims that the Lee County Sheriffs Department violated his 1st, 8th, and 14th Amendment Rights under the United States Constitution while incarserated at the Lee County Adault Jail as a pretrail detainee in protective Custody Status, from July 19, 2008 until Febuary 6, 2009.

### II.

That the plaintiff states that upon being processed into the Lee County Adault Jail July 19, 2008 on two counts of possession of a Controlled Substance with intent to Sell and one Count of failure to Register as a Sex offender in Lee County Mississippi that he was processed and treated Like he had just commited a Violent Sex crime or act, chained and shackled and placed in F-Pod housing unit in protective custody Status moved around an already secured jail chained up Like a Violent offender, Locked down for twenty three hours a day, denied free movement in a housing unit, recreation in the out door yard area, axis to television viewing and the right to attend Church on Sunday's privileges that other inmates

— 1 —

## II cont...

in the other housing units have without a hearing on custody by the Commisioner of Custody or with permission by the plaintiff to be placed in protective custody. The plaintiff complains that the Lee County Sheriff Department violated his 1st Amendment Right to practice his religion and his 14th Amendment Right of "due process" (Earray Vs. Chickasaw County Miss (1997) 965 F. Supp 870).

## III.

The plaintiff states that on October 2, 2008 that he was violently and vicowsley attacked while on protective custody status and under the "watchful eyes" of the Correctional officers of Lee County Sheriff's Department (officer Joel Royce) by inmates of a known street gang who were on "Lock down status" in F-Pod housing unit with the plaintiff. The plaintiff complains that Correctional officers of Lee County Sheriffs Department knowingly and wrongfully allowed the gang members on lock down status out at the same time the inmates on protective custody status creating an oppertunity for the inmates the plaintiff was suppose to be protective from to vicowsley attack the plaintiff causing physical damage and injuries to the plaintiff violating his 8th Amendment Right against Cruel and Unusual punishment and failed to provide adequate protection for the plaintiff while in protective Custody status. (Gates Vs. Collier [CAS] Miss (1974) 501 F.2d 1291). The plaintiff states that the Lee County Sheriff's Department actions of that day was "Subjective Recklessness" endangering the plaintiff's Life or Limb (Bilbo V. Thighpen Miss (1994) 647 SO.2d 678). That the Lee County Sheriffs Department should

-2-

III. Cont...

have taken reasonable measures to guarntee his Safety. (Davis V. City of Greenville Mississippi, 974 F. Supp 884 (ND 1997) (Earray V. Chickasaw County Mississippi (ND 1997) 965 F. Supp 870).

IV.

The plaintiff Complains that he was denied medical attention for two ~~Counts~~ Cuts on his face and two Chipped teeth in his mouth resaulting from the assault on him October 2, 2008 in F-Pod housing unit in the Lee County Adault Jail. When Correctional officer Joel Royce Came into F-Pod with other Officers to break up the assault he identified the Plaintiff as the one injured and asked Corporal Price to take me to the Nurse, the plaintiff was taken outside the F-Pod housing unit by Cpl. Price and asked what happened then put back into the housing unit without medical attention by Cpl. Price. When Officer Joel Royce returned to F-pod to feed inmates Supper the plaintiff asked to speak with officer Royce for medical attention he refused to speak with me, Later on that evening after shift change the plaintiff asked officer Jason Edwards by medical Request Form for medical attention and again later that night to Officer Checks. but Never received any medical attention. The plaintiff was ignored and had to take Care of his Cuts inflicted by the assault on him earlier that day himself one Cut resaulting in infection. The plaintiff Claims by not receiving medical attention that the Lee County Sheriff's Department Violated his 8th Amendment Right and Mississippi State title §47-1-57, §47-1-59.

- 3 -

## V.

The plaintiff would also like to point out to the Court that on December 20, 2008 the plaintiff sent a Complaint challenging the Conditions of his Confinement and a Motion of Discovery to the Circuit Court Clerk Joyce Loften and a true and Correct Copy to the Circuit Court Judge. Jim Pounds, by U.S. Mail to bring this matter up in the Lee County Circuit Court within a reasonable timely manner. The plaintiff never received a response from the Circuit Court Clerk Joyce Loften or Judge Pounds. After thirty days (30) had passed since the plaintiff notified the Circuit Court of his Complaint and the Assault on him the plaintiff wrote The Attorney General for the State of Mississippi (Jim Hood) asking him to look into the assault on me since several inmates told me that Officer Joel Royce ordered the assault and paid for it with extra food trays to the gang members who attacked the plaintiff. This letter to Jim Hood office was sent by U.S. Mail on January 23, 2009 (See attached List of Motions on file) An inmates Complaint should have been looked into. Mississippi Code § 47-1-29.

## VI.

Wherefore the plaintiff request that this Honorable Court grant his Complaint of Civil Action MRCP RULE 3(a) and be filed without prejudice in the Circuit Court of Lee County Mississippi, and that the plaintiff be granted monetary relief in the amount of ONE Hundred Thousand Dollars that the plaintiff beleives he is intitled to, And

-4-

## VI cont...

Publicly Repremand Sheriff Jim Johnson for Violating the plaintiffs Constitutional Rights. The plaintiff further request that the Attorney General's office investigate his Complaint of a assault on him arrainged by officer Joel Royce and paid for by giving the gang members who assaulted the plaintiff extra food trays at Supper the evening of October 2, 2008.

## CERTIFICATE OF SERVICE

I Chris Coswer, Plaintiff hereby Certify that I have this day Served a true and Correct Copy of the above and forgoing Complaint Challenging Conditions of Confinement as a Civil Action Lawsuit to the office of the Lee County Sheriffs Department at 410 Commerce St. Tupelo, MS 38801.

Chris Coswer
Plaintiff.

FILED
TIME_____AM / PM

JAN 0 5 2010

JOYCE R. LOFTIN
LEE CO. CIRCUIT CLERK
              D.C.